*EMERGENCY!*

*Marcus A. Murphy v. Wayne W. Williams*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 10 2018
JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| **Marcus A. Murphy,** § | |
| **Plaintiff** § | |
| § | |
| v. | § Civil Action No. 1: 18-CV-01919-MSK-KMT |
| | § EMERGENCY |
| **Wayne W. Williams,** § | |
| **in his official capacity as Colorado** § | |
| **Secretary of State,** § | |
| **Defendant** § | |

## PLAINTIFF'S NOTICE OF APPEAL

**I. (¶ 1.)** If it pleases the court, comes now, Plaintiff, Marcus Allen Murphy, who reminds the court that Notice is hereby given that: Marcus A. Murphy-Plaintiff/Petitioner/Appellant, in the above-names case, Murphy v. Williams, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Denial of Plaintiff's Motion to Expedite Discovery entered in this action on August 29, 2018 (8-29-18).

*Marcus A. Murphy v. Wayne W. Williams*

**II. Conclusion**-For the foregoing reasons, Plaintiff respectfully requests that the court send the Contents of the case to the Circuit Clerk, as soon as possible, per the Federal Rules of Appellate Procedure 3 & 4 (FRAP), as well as 10th Cir. Rule 3.2.

Respectfully submitted, this the 6th day of September, 2018.

_____.

Marcus A. Murphy

*Pro Se Plaintiff, Petitioner, & Appellant*

5795 Southmoor Dr Lot 53

Fountain, CO  80817

(720) 256-0991

MarcusMurphy1975@hotmail.com

## CERTIFICATE OF SERVICE

I, Marcus A. Murphy; *Pro Se* Plaintiff, Petitioner, & Appellant; do hereby certify that I have filed in the office of the Clerk for the United States District Court of Colorado and have served upon the Defendant's Counsel of Record, Emily Buckley-CO Asst. Attorney General, a complete and accurate copy of this **PLAINTIFF'S NOTICE OF APPEAL**, either by hand-delivering, or placing a copy in the United States Mail, sufficient postage affixed, dispatched to their business addresses.

*Marcus A. Murphy v. Wayne W. Williams*

Respectfully submitted, this the 6th day of September, 2018.

*[signature]*

Marcus A. Murphy

*Pro Se Plaintiff, Petitioner, & Appellant*

5795 Southmoor Dr Lot 53

Fountain, CO  80817

(720) 256-0991

MarcusMurphy1975@hotmail.com

Jeffrey P. Colwell, U.S. Dist. Ct. of CO-Court Clerk (Civil)

901 19th St, Rm A-105

Denver, CO  80294-3589

 (303) 844-3433

cod.uscourts.gov

Emily Buckley, CO Asst. Attorney General

1300 Broadway, 6th Fl

Denver, CO  80203

(720) 508-6403

emily.buckley@coag.gov

Marcus Murphy
5795 Southmoor Dr Lot 53
Fountain, CO 80817

Legal Correspondence

05 SEP 2018 PM 3 L

Jeffrey P. Colwell, U.S. Dist. Ct. of CO - Court Clerk (civil)
901 19th St, Rm A-105
Denver, CO 80294-3589