IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01919-MSK-KMT

MARCUS A. MURPHY

    Plaintiff,

v.

WAYNE W. WILLIAMS, in his official capacity as Colorado Secretary of State,

    Defendant.

## ORDER GRANTING MOTION TO DISMISS

Having received the Motion to Dismiss filed by Defendant Secretary Wayne Williams, and having considered the relief requested therein and any response thereto, the Court finds that Plaintiff Marcus A. Murphy's Complaint fails to state a claim pursuant to F.R.C.P. 12(b)(6), and it is hereby ORDERED that the motion is GRANTED, and the Complaint is DISMISSED.

Dated this _____ day of _____, 2018.

                              **BY THE COURT:**

                              _____
                              Marcia S. Krieger
                              U.S. Chief District Judge